AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❏ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)*

_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):*

_____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

# Proof of Delivery

Dear Customer,

This notice serves as proof of delivery for the shipment listed below.

**Tracking Number**
1Z12W3V6D991205509

**Service**
UPS Worldwide Saver®

**Shipped / Billed On**
01/08/2026

**Additional Information**
Signature Required

**Delivered On**
01/19/2026 12:25 P.M.

**Delivered To**
VANCOUVER, CA

**Received By**
MONICA

**Delivery Location**
Reception

Please print for your records as photo and details are only available for a limited time.

Sincerely,

UPS

Tracking results provided by UPS: 02/12/2026 6:17 P.M. EST

# KITS EYECARE, LTD D/B/A OPTICONTACTS

510 Seymour Street Suite 1020
Vancouver BC V6B3J5
Canada

 Shipment Details

 1Z12W3V6D991205509

| Ship From Address: Perrong Law | Package Details |
|---|---|
| Perrong Law LLC<br>2657 Mount Carmel Ave<br>Glenside PA 19038-2911 | Package Type: UPS Express Envelope<br>Dimensions: Predefined<br>Weight: 8 oz<br>Signature Confirmation |
| | **Customs Form** |
| | Signer: Andrew Perrong<br>Content Type: Documents<br>Items:<br>1x Legal Documents ($0.00 - HS 4911.99.80 - US) |