**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION**

|  |  |
|---|---|
| PHIL READ, individually and on behalf of all others similarly situated,<br><br>          Plaintiff,<br><br>v.<br><br>KITS EYECARE, LTD D/B/A OPTICONTACTS,<br><br>          Defendant. | No. 1:26-CV-00001<br><br>**JURY TRIAL DEMANDED** |

**DEFENDANT KITS EYECARE, LTD D/B/A OPTICONTACTS' AGREED MOTION
FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO
PLAINTIFF'S COMPLAINT**

Defendant Kits Eyecare, Ltd D/B/A Opticontacts ("Kits") respectfully submits this Agreed

Motion for an Extension of Time to answer or otherwise respond ("Motion") to the Complaint of

Plaintiff Phil Read, individually and on behalf of all others similarly situated, ("Plaintiff"). In

support of its Motion, Kits states as follows:

1.      Plaintiff filed his Complaint in the Western District of Texas on January 1, 2026.

2.      Kits executed a waiver of service, which established a response deadline of May 18

2026.

3.      Due to a number of other professional commitments, and the need for additional

input from Kits personnel, Counsel for Kits contacted counsel for Plaintiff requesting a two-week

extension of time for Kits to answer or otherwise respond to the Complaint.

4.      Counsel for Plaintiff responded that Plaintiff is amenable to Kits' requested

extension, extending the deadline for Kits to answer or otherwise respond to the Complaint from

May 18, 2026 to June 1, 2026.

1

3.      This is Kits' first request for an extension of time to answer or otherwise respond to the Complaint.

4.      Kits seeks this extension to allow it and its counsel additional time to investigate the claims in the Complaint and the prevailing law on this matter, and to obtain additional information from Kits personnel. The request is not made for purposes of delay, and no party will be prejudiced by the requested extension as a scheduling order has not yet been entered in this matter.

5.      A proposed order granting Kits' Motion is submitted herewith.

6.      For the foregoing reasons, Kits respectfully moves the Court for entry of an order granting this Motion and extending the deadline for Kits to answer or otherwise respond to the Complaint from May 18, 2026 to June 1, 2026.

Dated: May 15, 2026                         Respectfully submitted,

                                            HOLLAND & KNIGHT, LLP

                                            *Michael Stockham*
                                            Michael Stockham, Esq.
                                            Holland & Knight LLP
                                            One Arts Plaza,
                                            1722 Routh Street, Suite 1500
                                            Dallas, Texas 75201
                                            Phone: +1.214.969.2515
                                            michael.stockham@hklaw.com

                                            *Counsel for Defendant Kits Eyecare, Ltd*
                                            *d/b/a Opticontacts*

2

## CERTIFICATE OF SERVICE

I hereby certify that on May 15, 2026, I electronically filed the foregoing with the Clerk of the District Court using the CM/ECF system, which sent notification of such filing to all counsel of record.

*/s/ Michael Stockham*
Michael Stockham


## CERTIFICATE OF CONFERENCE

Counsel for Defendant Kits Eyecare, Ltd. d/b/a Opticontacts and counsel for Plaintiff Phil Read conferred on May 13, 2026, regarding Kits' request for an extension of two weeks to answer or otherwise respond to Plaintiff's Complaint. Counsel for Plaintiff indicated that Plaintiff was amenable to Kits' requested extension.

*/s/ Michael Stockham*
Michael Stockham

**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION**

| | |
|---|---|
| PHIL READ, individually and on behalf of all others similarly situated,<br><br>        Plaintiff,<br>v.<br><br>KITS EYECARE, LTD D/B/A OPTICONTACTS,<br><br>        Defendant. | CASE NO. 1:26-CV-00001-ADA-SH |

## [PROPOSED] ORDER

Before this Court is Defendant Kits Eyecare, Ltd D/B/A Opticontacts' ("Kits") Agreed Motion to extend the deadline to answer or otherwise respond to Plaintiff's Complaint. After considering the motion, the request is **GRANTED.**

Kits will have until June 1, 2026 to answer or otherwise respond to Plaintiff's Complaint.

SO ORDERED this _____ day of May, 2026

_____
SUSAN HIGHTOWER
UNITED STATES MAGISTRATE JUDGE

4