## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## AUSTIN DIVISION

PHIL READ, individually and on behalf of all
others similarly situated,

               Plaintiff,

v.

KITS EYECARE, LTD D/B/A
OPTICONTACTS,

               Defendant.

CASE NO. 1:26-CV-00001-ADA-SH

## [PROPOSED] ORDER

Before this Court is Defendant Kits Eyecare, Ltd D/B/A Opticontacts' ("Kits") Agreed Motion to extend the deadline to answer or otherwise respond to Plaintiff's Complaint. After considering the motion, the request is **GRANTED.**

Kits will have until June 1, 2026 to answer or otherwise respond to Plaintiff's Complaint.

SO ORDERED this _____ day of May, 2026

_____
SUSAN HIGHTOWER
UNITED STATES MAGISTRATE JUDGE

4