**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION**

| | |
|---|---|
| PHIL READ, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br>v.<br><br>KITS EYECARE, LTD D/B/A OPTICONTACTS,<br><br>    Defendant. | CASE NO. 1:26-CV-00001-ADA-SH |

**JOINT STIPULATION FOR EXTENSION OF DEFENDANT'S TIME TO ANSWER OR
OTHERWISE RESPONSE TO THE COMPLAINT**

Plaintiff filed this action on January 1, 2026 and Kits executed a waiver of service on February 16, 2026. Kits' response to the Complaint is currently due on May 18, 2026. Plaintiff Phil Read, individually and on behalf of all others similarly situated, hereby stipulates that Defendant Kits Eyecare, Ltd D/B/A Opticontacts' ("Kits") deadline to answer or otherwise respond to Plaintiff's Complaint **is extended by 14 days from May 18, 2026 to June 1, 2026**.

1

Dated: May 16, 2026                    Respectfully submitted,

**PERRONG LAW LLC**                **HOLLAND & KNIGHT, LLP**

*Andrew Roman Perrong*            *Michael Stockham*
Andrew Roman Perrong, Esq.      Michael Stockham, Esq.
Perrong Law LLC                   One Arts Plaza
2657 Mount Carmel Avenue       1722 Routh Street, Suite 1500
Glenside, PA 19038                Dallas, Texas 75201
Phone: 215-225-5529             Phone: 214.969.2515
Email: a@perronglaw.com         Email:michael.stockham@hklaw.com
*Counsel for Plaintiff*             *Counsel for Defendant*

## CERTIFICATE OF CONFERENCE

Counsel for Defendant Kits Eyecare, Ltd. d/b/a Opticontacts and counsel for Plaintiff Phil Read conferred on May 13, 2026, regarding Kits' request for an extension of two weeks to answer or otherwise respond to Plaintiff's Complaint. Counsel for Plaintiff indicated that Plaintiff was amenable to Kits' requested extension.

*/s/ Michael Stockham*
Michael Stockham

## CERTIFICATE OF SERVICE

I hereby certify that on May 16, 2026, I electronically filed the foregoing with the Clerk of the District Court using the CM/ECF system, which sent notification of such filing to all counsel of record.

*/s/ Michael Stockham*
Michael Stockham