**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION**

|  |  |
|---|---|
| PHIL READ, individually and on behalf of all others similarly situated,<br><br>            Plaintiff,<br>v.<br><br>KITS EYECARE, LTD D/B/A OPTICONTACTS,<br><br>            Defendant. | CASE NO. 1:26-CV-00001-ADA-SH |

**JOINT STIPULATION FOR SECOND EXTENSION OF DEFENDANT'S TIME TO
ANSWER OR OTHERWISE RESPONSE TO THE COMPLAINT**

Plaintiff Phil Read, individually and on behalf of all others similarly situated, hereby stipulates that Defendant Kits Eyecare, Ltd D/B/A Opticontacts' ("Kits") time to answer or otherwise respond to Plaintiff's Complaint is extended by 14 days from June 1, 2026 TO June 15, 2026. Plaintiff filed this action on January 1, 2026 and Kits executed a waiver of service on February 16, 2026. Kits' response to the Complaint was extended previously to June 1, 2026 [ECF No. 9]. Kits requested this additional time to allow counsel to address other professional obligations and to further develop Kits' response.

The parties respectfully request that the Court grant the stipulated extension changing Kits' deadline to answer or otherwise respond to the Complaint to June 15, 2026.

1

2

Dated: May 29, 2026                                     Respectfully submitted,

PERRONG LAW LLC                                    HOLLAND & KNIGHT, LLP

*Andrew Roman Perrong*                             *Michael Stockham*
Andrew Roman Perrong, Esq.                     Michael Stockham, Esq.
Perrong Law LLC                                        One Arts Plaza
2657 Mount Carmel Avenue                        1722 Routh Street, Suite 1500
Glenside, PA 19038                                     Dallas, Texas 75201
Phone: 215-225-5529                                   Phone: 214.969.2515
Email: a@perronglaw.com                           Email:michael.stockham@hklaw.com
*Counsel for Plaintiff*                                  *Counsel for Defendant*


## CERTIFICATE OF SERVICE

I hereby certify that on May 29, 2026, I electronically filed the foregoing with the Clerk

of the District Court using the CM/ECF system, which sent notification of such filing to all

counsel of record.

*/s/ Michael Stockham*
Michael Stockham

2