**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | |
|---|---|
| PHIL READ, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br>v.<br><br>KITS EYECARE, LTD D/B/A OPTICONTACTS,<br><br>    Defendant. | CASE NO. 1:26-CV-00001-ADA-SH |

## JOINT STIPULATION FOR EXTENSION OF DEFENDANT'S TIME TO FILE A REPLY IN SUPPORT OF IT'S MOTION TO DISMISS

Plaintiff Phil Read, individually and on behalf of all others similarly situated, hereby stipulates that Defendant Kits Eyecare, Ltd D/B/A Opticontacts' ("Kits") time to file a Reply to the Plaintiff's Opposition to Kits Motion to Dismiss is extended by 14 days from June 24, 2026 TO July 8, 2026. Kits requested this additional time due to key personnel being on a pre-planned vacation and to allow counsel to further develop Kits' response.

The parties respectfully request that the Court grant the stipulated extension changing Kits' deadline to file a Reply to July 8, 2026.

1

Dated: June 23, 2026

PERRONG LAW LLC

*Andrew Roman Perrong*
Andrew Roman Perrong, Esq.
Perrong Law LLC
2657 Mount Carmel Avenue
Glenside, PA 19038
Phone: 215-225-5529
Email: a@perronglaw.com
*Counsel for Plaintiff*

Respectfully submitted,

HOLLAND & KNIGHT, LLP

*Michael Stockham*
Michael Stockham, Esq.
One Arts Plaza
1722 Routh Street, Suite 1500
Dallas, Texas 75201
Phone: 214.969.2515
Email:michael.stockham@hklaw.com
*Counsel for Defendant*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on June 23, 2026, I electronically filed the foregoing with the Clerk of the District Court using the CM/ECF system, which sent notification of such filing to all counsel of record.

*/s/ Michael Stockham*
Michael Stockham