**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

**Phil Read**

_____

**-vs-**                                                    Case No.:   __1:26-cv-00001-ADA-SH__

**Kits Eyecare, Ltd.**


_____


**MOTION FOR ADMISSION _PRO HAC VICE_**


TO THE HONORABLE JUDGE OF SAID COURT:

Comes now _____**Jonathan M. Marmo**_____, applicant herein, and

moves this Court to grant admission to the United States District Court for the Western District of

Texas _pro hac vice_ to represent _____**Kits Eyecare, Ltd.**_____ in this case, and would

respectfully show the Court as follows:

1.      Applicant is an attorney and a member of the law firm (or practices under the name of)

_____**Holland & Knight LLP**_____,

with offices at

            Mailing address:      **1650 Market Street, Suite 3300**

            City, State, Zip Code:      **Philadelphia, Pennsylvania 19103**

            Telephone:      **(215) 252-9600**

            Facsimile:      **(215) 867-6070**

            Email:      **Jonathan.Marmo@hklaw.com**

2.      Since _____**11/17/2004**__⊞____, Applicant has been and presently is a member of and in

good standing with the Bar of the State of _____**New York**_____⊞__.

Applicant's bar license number is _____**4239323**_____.

3.      Applicant has been admitted to practice before the following courts:

Court:                                                Admission date:

**Please see attached list.**_____        _____

_____        _____

_____        _____

_____        _____

4.      Applicant is presently a member in good standing of the bars of the courts listed above,

except as provided below (list any court named in the preceding paragraph before which

Applicant is no longer admitted to practice):

_____

_____

5.      Applicant has never been subject to grievance proceedings or involuntary removal

proceedings while a member of the bar of any state or federal court, except as provided

below:

_____

_____

6.      Applicant has not been charged, arrested, or convicted of a criminal offense or offenses,

except as provided below (omit minor traffic offenses):

_____

7. Applicant has read and is familiar with the Local Rules of the Western District of Texas and will comply with the standards of practice set out therein.

8. Select one:

☐ Applicant has on file an application for admission to practice before the United States District Court for the Western District of Texas.

☑ Applicant has co-counsel in this case who is admitted to practice before the United States District Court for the Western District of Texas.

Co-counsel: **Michael Stockham, Holland & Knight LLP**

Mailing address: **One Arts Plaza, 1722 Routh Street, Suite 1500**

City, State, Zip Code: **Dallas, Texas 75201**

Telephone: **(214) 969-2515**

9. Should the Court grant applicant's motion, Applicant shall tender the amount of $100.00 *pro hac vice* fee in compliance with Local Court Rule AT-1(f)(2) [checks made payable to: **Clerk, U.S. District Court**].

10. Should the Court grant applicant's motion, Applicant shall register as a filing user within 10 days of this order, pursuant to Administrative Policies and Procedures for Electronic Filing in Civil and Criminal Cases in the Western District of Texas.

Wherefore, Applicant prays that this Court enter an order permitting the admission of

_____**Jonathan M. Marmo**_____ to the Western District of Texas *pro hac vice*

for this case only.

Respectfully submitted,

_____**Jonathan M. Marmo**_____
[printed name of Applicant]

_____
[signature of Applicant]


CERTIFICATE OF SERVICE

I hereby certify that I have served a true and correct copy of this motion upon each attorney of record and the original upon the Clerk of Court on this the __**25th**__ day of _____**June**_____, _____**2026**_____.

_____**Jonathan M. Marmo**_____
[printed name of Applicant]

_____
[signature of Applicant]

Jonathan Marmo – Admissions with Dates and Bar Numbers

**BAR ADMISSIONS:**

State of New York on November 17, 2004

State of Pennsylvania on December 22, 2011

USDC NDNY on December 15, 2022

USDC WDNY on October 18, 2022

USDC SDNY on April 1, 2022

USDC EDNY on April 2, 2021

USDC EDPA on March 16, 2021

USDC MDPA on November 20, 2019

USDC WDPA on August 10, 2016

USDC for the District of Minnesota on December 1, 2017

USDC for the District of Colorado on March 14, 2023

**BAR NUMBERS:**

PA – 312669

NY - 4239323

**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION**

**Phil Read**

**-vs-**                                                                     Case No.   **1:26-cv-00001-ADA-SH**

**Kits Eyecare, Ltd.**

## O R D E R

BE IT REMEMBERED on this the _____ day of _____, 20____, there

was presented to the Court the Motion for Admission *Pro Hac Vice* filed by

_____**Jonathan M. Marmo**_____ ("Applicant"), counsel for _____**Kits Eyecare, Ltd.**_____ and

the Court, having reviewed the motion, enters the following order:

IT IS ORDERED that the Motion for Admission *Pro Hac Vice* is GRANTED, and Applicant

may appear on behalf of _____**Kits Eyecare, Ltd.**_____ in the above case.

IT IS FURTHER ORDERED that Applicant, if Applicant has not already done so, shall,

in compliance with Local Court Rule AT-1(f)(2), immediately tender the amount of $100.00,

made payable to:  **Clerk, U.S. District Court**.

IT IS FURTHER ORDERED that Applicant, pursuant to the Administrative Policies and

Procedures for Electronic Filing in Civil and Criminal cases in the Western District of Texas, shall

register as a filing user within 10 days of the date of this Order.

IT IS FINALLY ORDERED that Applicant's *Pro Hac Vice* status shall not become effective

until Applicant has complied with all provisions of this Order.

SIGNED this the _____ day of _____ 20____.

_____
UNITED STATES DISTRICT JUDGE