UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| PHIL READ | § | |
| | § | |
| vs. | § | NO:   AU:26-CV-00001-ADA |
| | § | |
| KITS EYECARE, LTD. | § | |

### O R D ER

**BE IT REMEMBERED** on  this  the  26th day of June, 2026, there was presented to the Court the Motion for Admission *Pro Hac Vice* filed by Jonathan M. Marmo, counsel for  Kits Eyecare, Ltd. and the Court, having reviewed the motion, enters the following order:

**IT IS ORDERED** that the Motion for Admission *Pro Hac Vice* is GRANTED, and Jonathan M. Marmo may appear on behalf of Kits Eyecare, Ltd. in the above case.

**IT IS FURTHER ORDERED** that Applicant, if Applicant has not already done so, shall, in compliance with Local Court Rule AT-1(f)(2), immediately tender the amount of $100.00, made payable to:   Clerk, U.S. District Court.

**IT IS FURTHER ORDERED** that Applicant, pursuant to the Administrative Policies and Procedures for Electronic Filing in Civil and Criminal cases in the Western District of Texas, shall register as a filing user within 10 days of the date of this Order.

**IT IS FINALLY ORDERED** that Applicant's *Pro Hac Vice* status shall not become effective until Applicant has complied with all provisions of this Order.

**IT IS SO ORDERED** this 26th day of June, 2026.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE