**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS AT AUSTIN**

| | |
|---|---|
| **PHIL READ,** individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>*v.*<br><br>**KITS EYECARE, LTD D/B/A OPTICONTACTS.**<br><br>*Defendant.* | Case No. 1:26-cv-1<br><br>**CLASS ACTION**<br><br>**JURY TRIAL DEMANDED** |

**<u>JOINT RULE 26(F) CONFERENCE REPORT</u>**

Plaintiff Phil ("Plaintiff") and Defendant Kits Eyecare, Ltd. file this Joint Rule 26(f) Conference Report pursuant to Rule 26 of the Federal Rules of Civil Procedure.

1. Counsel for Plaintiff and Defendant (collectively the "Parties") have conferred pursuant to Rule 26(f) of the Federal Rules of Civil Procedure. Andrew Perrong represented Plaintiff. Jonathan Marmo represented Defendant.

2. The Parties discussed the nature and basis of their claims and defenses and the possibilities for promptly settling or resolving this case. Plaintiff asserts claims for alleged violations of the Telephone Consumer Protection Act and a claim for the alleged violation of Texas Business & Commerce Code section 302.101. Plaintiff also seeks certification of various putative classes pursuant to Federal Rule of Civil Procedure 23. Defendant has filed a motion to dismiss on the primary grounds that text messages are not "calls" subject to the TCPA.

3. The Parties agreed that they will serve initial disclosures, pursuant to Rule 26(a) of the Federal Rules of Civil Procedure on or before August 14, 2026.

4. The Parties have agreed on a proposed Scheduling Order, which is attached to this

report. The parties do not agree on the date for the commencement of discovery.

5. The parties have discussed potential resolution as required by Rule 26(f) and both parties feel they would be in a better position to evaluate potential resolution upon the resolution of the Defendant's motion to dismiss.

6. The Parties contemplate conducting discovery on all issues relevant to Plaintiff's claims, as stated in the Original Complaint, and all issues relevant to Defendants' defenses. Defendant contends that discovery should be stayed pending a decision on the fully briefed motion to dismiss and have prepared a motion to stay discovery for filing. Plaintiff opposes any such stay. Defendant further contends that in the event that its motion to stay discovery is denied, that discovery be bifurcated between individual and class wide discovery. Plaintiff opposes bifurcation. The Parties do not contemplate that there will be extensive ESI or the necessity to enter an ESI protocol. The Parties anticipate that there may be a need to enter a confidentiality or protective order, which the Parties will work in good faith to present a proposal to the Court at an appropriate time. The Parties consent to electronic service of discovery documents.

7. At this time, the Parties know of no other orders that need to be entered by the Court under Rule 26(c) or Rules 16(b) or (c) of the Federal Rules of Civil Procedure. The Parties reserve the right to request such additional orders if necessary.

Respectfully submitted,

By: /s/ Andrew Roman Perrong
Andrew Roman Perrong
a@perronglaw.com
PERRONG LAW LLC
1669 Edgewood Road, Suite 218
Yardley, PA 19067
Phone: 215-225-5529
Facsimile: 888-329-0305

ATTORNEYS FOR PLAINTIFF AND CLASS

By; *Jonathan Marmo*
Jonathan Marmo
Holland & Knight LLP
1650 Market Street, Suite 3300
Philadelphia, Pennsylvania 19103
Phone +1.215.252.9568
onathan.marmo@hklaw.com

ATTORNEYS FOR DEFENDANT

**CERTIFICATE OF SERVICE**

I hereby certify that I caused a true and correct copy of the foregoing document to be served to all counsel of record through the Court's CM/ECF system on this 18th day of August 2026.

/s/ Andrew R. Perrong
Andrew R. Perrong