**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AT AUSTIN**

**PHIL READ,** individually and on behalf of all others similarly situated,

*Plaintiff,*

*v.*

**KITS EYECARE, LTD D/B/A OPTICONTACTS.**

*Defendant.*

Case No. 1:26-cv-1

**CLASS ACTION**

**JURY TRIAL DEMANDED**

**PROPOSED SCHEDULING ORDER**

Pursuant to Rule 16, Federal Rules of Civil Procedure, the Court ORDERS that the following schedule will govern deadlines up to and including the trial of this matter:

| Date | Event |
|---|---|
| 8/14/2026 | Plaintiff proposes that Discovery commences on all issues. Defendant has moved to stay discovery pending a decision on the Defendant's pending motion to dismiss. Defendant further contends that all subsequent deadlines set forth in this Proposed Scheduling Order be subject to review and enlargement should Defendant's motion to stay discovery be granted. In the event that Defendant's motion to dismiss and motion to stay discovery are denied, Defendant's contend that discovery should be bifurcated between individual and class-wide discovery. Plaintiff opposes a stay of discovery, and bifurcation. |
| 9/30/2026 | All motions to amend pleadings or to add parties shall be filed on or before this date. |
| 9/30/2026 | All motions to amend pleadings or to add parties shall be filed on or before this date. |
| 10/30/2026 | The parties asserting claims for relief shall submit a written offer of settlement to opposing parties on or before this date. All offers of settlement are to be private, not filed, and the Court is not to be advised of the same. The parties are further ORDERED to retain the written offers of |

| | |
|---|---|
| | settlement and responses as the Court will use these in assessing attorney's fees and court costs at the conclusion of trial. |
| 01/08/2027 | Parties with burden of proof to designate Expert Witnesses and provide their expert witness reports, to include all information required by Rule 26(a)(2)(B). |
| 11/30/2026 | Each opposing party shall respond, in writing, to the written offer of settlement made by the parties asserting claims for relief by this date. All offers of settlement are to be private, not filed, and the Court is not to be advised of the same. The parties are further ORDERED to retain the written<br>offers of settlement and responses as the Court will use these in assessing attorney's fees and court costs at the conclusion of trial. |
| 02/26/2027 | Parties shall designate Rebuttal Expert Witnesses on issues for which the parties do not bear the burden of proof, and provide their expert witness reports, to include all information required by Rule 26(a)(2)(B). |
| 03/26/2027 | Expert Discovery Deadline. Expert discovery must be completed by this date. |
| 04/30/2027 | Any objection to the reliability of an expert's proposed testimony under Federal Rule of Evidence 702 shall be made by motion, specifically stating the basis for the objection and identifying the objectionable testimony, not later than 14 days of receipt of the written report of the expert's proposed testimony or not later than 14 days of the expert's deposition, if a deposition is taken, whichever is later. The failure to strictly comply with this paragraph will be deemed a waiver of any objection that could have been made pursuant to Federal Rule of Evidence 702. |
| 05/28/2027 | All dispositive motions shall be filed and served on all other parties on or before this date and shall be limited to 20 pages. Responses shall be filed and served on all other parties not later than 14 days after the service of the motion and shall be limited to 20 pages. Any replies shall be filed and served on all other parties not later than 7 days after the service of the response and shall be limited to 10 pages, but the Court need not wait for the reply before ruling on the motion. The dispositive motion deadline must be at least 4 months before trial. Each party shall complete and file the attached "Notice Concerning Reference to United States Magistrate Judge" |
| 06/11/2027 | By this date the parties shall meet and confer to determine pre-trial deadlines, including, inter alia, exchange of exhibit lists, designations of and objections to deposition testimony, and exchange of demonstratives. |
| 07/30/2027 | By this date the parties shall exchange a proposed jury charge and questions for the jury. By this date the parties will also exchange draft Motions in Limine to determine which may be agreed. |
| 08/20/2027 | By this date the parties shall exchange any objections to the proposed jury charge, with supporting explanation and citation of controlling law. |

| | |
|---|---|
| 08/27/2027 | By this date the parties shall also submit to the Court their Motions in Limine. |
| 09/10/2027 | By this date the parties will submit to the Court their Joint Pre-Trial Order, including the identification of issues to be tried, identification of witnesses, trial schedule provisions, and all other pertinent information. By this date the parties will also submit to the Court their oppositions to Motions in Limine. |
| 09/24/2027 | Final Pre-Trial Conference. The parties shall provide to the Court an agreed jury charge with supported objections of each party, and proposed questions for the jury, at the final Pre-Trial Conference. This date should be a Friday not less than 90 days after the dispositive motion deadline and 2 months before trial. |
| 10/08/2027 | Jury Selection shall begin at 9:00 a.m. on this date during the week before trial. |
| 10/11/2027 | Jury Trial Commences at 9:00 a.m. on this Monday. This date should be during either the first or third week of the month. |

SIGNED on ___________________________________, 20_______.

_________________________________
SUSAN HIGHTOWER
UNITED STATES MAGISTRATE JUDGE

AGREED:

By: */s/ Andrew Roman Perrong*
Andrew Roman Perrong
a@perronglaw.com
PERRONG LAW LLC
1669 Edgewood Road, Suite 218
Yardley, PA 19067
Phone: 215-225-5529
Facsimile: 888-329-0305

ATTORNEYS FOR PLAINTIFF

By: *Jonathan Marmo*____________________________________
Jonathan Marmo

Holland & Knight, LLP
1650 Market Street, Suite 3300
Philadelphia, PA 19103
215.252.9568
jonathan.marmo@hklaw.com
ATTORNEYS FOR DEFENDANT

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AT AUSTIN**

| | |
|---|---|
| **PHIL READ,** individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>*v.*<br><br>**KITS EYECARE, LTD D/B/A OPTICONTACTS.**<br><br>*Defendant.* | Case No. 1:26-cv-1<br><br>**CLASS ACTION**<br><br>**JURY TRIAL DEMANDED** |

**NOTICE CONCERNING REFERENCE TO**
**UNITED STATES MAGISTRATE JUDGE**

In accordance with the provisions of 28 U.S.C. § 636(c), Federal Rule of Civil Procedure 73, and the Local Rules of the United States District Court for the Western District of Texas, the following party ______________________________________________________________

through counsel ______________________________________________________________

___ consents to having a United States Magistrate Judge preside over the trial in this case.

___ declines to consent to trial before a United States Magistrate Judge.

Respectfully submitted,

_________________________________

Attorney for:

_________________________________