**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AT AUSTIN**

| | |
|---|---|
| **PHIL READ,** individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>*v.*<br><br>**KITS EYECARE, LTD D/B/A OPTICONTACTS.**<br><br>*Defendant.* | Case No. 1:26-cv-1-ADA-SH |

**[PROPOSED ORDER DENYING]**
**DEFENDANT'S MOTION TO ADJOURN INITIAL CONFERENCE *SINE DIE* AND FOR PROTECTIVE ORDER TO STAY ALL DISCOVERY**

AND NOW, this _____ day of ___________, 2026, it is hereby ORDERED that the Defendant's Motion to Adjuourn, for Protective order, and for Stay is hereby DENIED.

*BY THE COURT:*

______________________________
, J.