**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | |
|---|---|
| PHIL READ, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br>v.<br><br>KITS EYECARE, LTD D/B/A OPTICONTACTS,<br><br>Defendant. | CASE NO. 1:26-CV-00001-ADA-SH |

**JOINT STIPULATION FOR EXTENSION OF DEFENDANT'S TIME TO FILE A REPLY IN SUPPORT OF IT'S MOTION TO STSAY DISCOVERY**

Plaintiff Phil Read, individually and on behalf of all others similarly situated, hereby stipulates that Defendant Kits Eyecare, Ltd D/B/A Opticontacts' ("Kits") time to file a Reply to the Plaintiff's Opposition to Kits Motion to Stay Discovery is extended by 7 days from September 3, 2026 to September 10, 2026. Kits requested this additional time due to allow counsel to further develop Kits' response.

The parties respectfully request that the Court grant the stipulated extension changing Kits' deadline to file a Reply to September 10, 2026.

Dated: September 3, 2026

Respectfully submitted,

PERRONG LAW LLC

*Andrew Roman Perrong*
Andrew Roman Perrong, Esq.
Perrong Law LLC
2657 Mount Carmel Avenue
Glenside, PA 19038
Phone: 215-225-5529
Email: a@perronglaw.com

*Counsel for Plaintiff*

HOLLAND & KNIGHT, LLP

*Jonathan Marmo*
Jonathan Marmo, Esq. (*Admitted PHV)*
1650 Market Street, Suite 3300
Philadelphia, Pennsylvania 19103
Phone: +1.215.252.9568
Email: jonathan.marmo@hklaw.com

*Counsel for Defendant*

**CERTIFICATE OF SERVICE**

I hereby certify that on September 3, 2026, I electronically filed the foregoing with the Clerk of the District Court using the CM/ECF system, which sent notification of such filing to all counsel of record.

*/s/ Jonathan Marmo*
Jonathan Marmo