**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | |
|---|---|
| PHIL READ, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>KITS EYECARE, LTD D/B/A OPTICONTACTS,<br><br>Defendant. | CASE NO. 1:26-CV-00001-ADA-SH |

**<u>JOINT STIPULATION FOR EXTENSION OF DEFENDANT'S TIME TO FILE A REPLY IN SUPPORT OF IT'S MOTION TO STAY DISCOVERY</u>**

Plaintiff Phil Read, individually and on behalf of all others similarly situated, hereby stipulates that Defendant Kits Eyecare, Ltd D/B/A Opticontacts' ("Kits") time to file a Reply to the Plaintiff's Opposition to Kits Motion to Stay Discovery is extended by 8 days from September 10, 2026 to September 18, 2026. Kits requested this additional time due to allow counsel to further develop Kits' response and due to a family death.

The parties respectfully request that the Court grant the stipulated extension changing Kits' deadline to file a Reply to September 18, 2026.

Dated: September 9, 2026

Respectfully submitted,

PERRONG LAW LLC

*Andrew Roman Perrong*
Andrew Roman Perrong, Esq.
Perrong Law LLC
1669 Edgewood Road, Suite 218
Yardley, Pennsylvania 19067
Phone: (215) 225-5529
Email: a@perronglaw.com

*Counsel for Plaintiff*

HOLLAND & KNIGHT, LLP

*Christopher R. Murphy*
Christopher R. Murphy, Esq. (*Admitted PHV)*
Holland & Knight LLP
150 North Riverside Plaza, Suite 2700
Chicago, Illinois 60606
Phone: (312) 715-5722
Email: chris.murphy@hklaw.com

*Counsel for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on September 9, 2026, I electronically filed the foregoing with the Clerk of the District Court using the CM/ECF system, which sent notification of such filing to all counsel of record.

*/s/ Christopher R. Murphy*
Christopher R. Murphy