**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

**FILED**
November 17, 2026
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: klw
DEPUTY

**Phil Read**

**-vs-**

**Kits Eyecare, Ltd.**

**Case No. 1:26-cv-00001-ADA-SH**

**ORDER**

BE IT REMEMBERED on this the 17th day of November, 20 26, there was presented to the Court the Motion for Admission *Pro Hac Vice* filed by **Anthony Paronich** ("Applicant"), counsel for **Phil Read** and the Court, having reviewed the motion, enters the following order:

IT IS ORDERED that the Motion for Admission *Pro Hac Vice* is GRANTED, and Applicant may appear on behalf of **Phil Read** in the above case.

IT IS FURTHER ORDERED that Applicant, if Applicant has not already done so, shall, in compliance with Local Court Rule AT-1(f)(2), immediately tender the amount of $100.00, made payable to: **Clerk, U.S. District Court**.

IT IS FURTHER ORDERED that Applicant, pursuant to the Administrative Policies and Procedures for Electronic Filing in Civil and Criminal cases in the Western District of Texas, shall register as a filing user within 10 days of the date of this Order.

IT IS FINALLY ORDERED that Applicant's *Pro Hac Vice* status shall not become effective until Applicant has complied with all provisions of this Order.

SIGNED this the 17th day of November 2026.

SUSAN HIGHTOWER
UNITED STATES MAGISTRATE JUDGE